AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of West Virginia



FILED

APR 11 2025

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

| United States of America | )  |  |
|---|---|---|
| v. | ) | Case No. |
| Andre Marvin Marnael Jenkins | ) | 2:25-mj-00081 |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| *Defendant(s)* | ) |  |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 10, 2025 _____ in the county of _____ Kanawha _____ in the
_____ Southern _____ District of _____ West Virginia _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute Fentanyl |

This criminal complaint is based on these facts:

On April 10, 2025, at 1507 Dorchester Road, Apartment 73, in Charleston, Kanawha County, West Virginia, within the Southern District of West Virginia, Andre Marvin Marnael Jenkins possessed approximately 17 grams of a substance that field-tested positive for Fentanyl, a Schedule II controlled substance, and a loaded Glock 9mm pistol.  Based on my training and experience, this quantity is consistent with an intent to distribute.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

SA Jennifer L. King (FBI)
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date: _____ 04/11/2025 _____

_____
*Judge's signature*

City and state: _____ Charleston, West Virginia _____      Dwane L. Tinsley, United States Magistrate Judge
*Printed name and title*